IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02675-WYD-MJW

STEVEN LAUDE, JR.,

Plaintiff,

v.

GTF SERVICES, LLC,
STANDLEY & ASSOCIATES, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant Experian Information Solutions, Inc.'s Unopposed Motion for Leave to Appear Telephonically at the Scheduling Conference (Docket No. 14) is GRANTED.  Counsel for the moving defendant is directed to call the court's chambers (303-844-2403) at the scheduled time.

Date: December 4, 2014