IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02675-WYD-MJW

STEVEN LAUDE, JR.,

Plaintiff,

v.

GTF SERVICES, LLC,
STANDLEY & ASSOCIATES, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby ORDERED that Defendant Experian's Unopposed Motion for Entry of
Stipulated Protecting Confidential Information (docket no. 28) is GRANTED finding
good cause shown.  The Stipulated Order Protecting Confidential Information (docket
no. 28-1) is APPROVED and made an Order of Court.

Date: December 19, 2014