IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02675-WYD-MJW

STEVEN LAUDE, JR.,

    Plaintiff,

v.

GTF SERVICES, LLC,
STANDLEY & ASSOCIATES, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

    Defendants.

---

## ORDER AFFIRMING AND ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

---

THIS MATTER is before the Court on the Plaintiff's Motion for Default Judgment against Defendants GTF Services, LLC, and Standley & Associates, LLC (ECF No. 36), filed January 22, 2015.  This motion was referred to Magistrate Judge Watanabe, who issued a Recommendation of United States Magistrate Judge (ECF No. 39), filed February 20, 2015, and is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); D.C.COLO.LCivR. 72.1.  Magistrate Judge Watanabe recommended therein that the Plaintiff's Motion for Default Judgment be granted.

Magistrate Judge Watanabe advised the parties that written objections were due within fourteen (14) days after service of a copy of the Recommendation.  Despite this advisement, no objections were filed to the Magistrate Judge's Recommendation.  No

objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[2]  *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

Having reviewed the Recommendation (ECF No. 39), I am satisfied that there is no clear error on the face of the record.  I find that the Recommendation is thorough, well-reasoned, and sound.

## CONCLUSION

After careful consideration of the matters before the Court, it is

ORDERED that Magistrate Judge Watanabe's Recommendation (ECF No. 39) is **AFFIRMED** and **ADOPTED**. As such, it is

ORDERED that Plaintiff Steven Laude, Jr.'s Motion for Default Judgment against Defendants GTF Services, LLC, and Standley & Associates, LLC (ECF No. 36) is **GRANTED**. It is

FURTHER ORDERED that Default Judgment shall be entered in favor of Plaintiff Steven Laude, Jr. and against Defendant GTF Services, LLC, in the amount of $1,000.00,

---

[2]  Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a *de novo* review, Fed. R. Civ. P. 72(b).

along with post-judgment interest under 28 U.S.C. § 1961 from the date that judgment is entered until the judgment is paid in full.   It is

FURTHER ORDERED that Default Judgment shall be entered in favor of Plaintiff Steven Laude, Jr. and against Defendant Standley & Associates, LLC, in the amount of $1,000.00, along with post-judgment interest under 28 U.S.C. § 1961 from the date that judgment is entered until the judgment is paid in full.   It is

FURTHER ORDERED that Plaintiff be awarded its costs, to be taxed by the Clerk of Court pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Civil Rule 54.1.

Dated:   May 26, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE