IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02675-WYD-MJW

STEVEN LAUDE, JR.,

Plaintiff,

v.

GTF SERVICES, LLC,
STANDLEY & ASSOCIATES, LLC,
EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (Docket No. 45) is GRANTED for good cause shown. The Scheduling Order (Docket No. 25) is AMENDED as follows:
- The discovery cut-off is extended to August 31, 2015;
- The dispositive motion deadline is extended to September 30, 2015; and
- The final pretrial conference set for September 15, 2015, at 9:00 am is VACATED and RESET for December 2, 2015, at 9:30 a.m.

Date: June 8, 2015