IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-2675-WYD-MJW

STEVEN LAUDE, JR.

    Plaintiff,

v.

GTF SERVICES, LLC;
STANDLEY & ASSOCIATES, LLC;
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, LLC;
TRANS UNION, LLC;

    Defendants.

_____

**ORDER**
_____

On September 21, 2015, Plaintiff and Defendants Equifax Information Services, LLC ("Equifax"), and Experian Information Solutions, Inc. ("Experian") jointly filed a Stipulation for Dismissal with Prejudice (ECF No. 55), indicating that the parties would bear their own fees and costs.

The Stipulation for Dismissal (ECF No. 55) is hereby **APPROVED**. All claims against Defendants Equifax and Experian in this matter are **dismissed with prejudice**, and the parties shall bear their own fees and costs.

Upon execution of this Order, no defendants remain in this action. On May 26, 2015, a default judgment was entered in favor of the Plaintiff against Defendants GTF Services, LLC, and Standley & Associates, LLC (ECF No. 42). Defendant Trans Union, LLC was terminated from this case pursuant to a stipulation to dismiss with prejudice on June 11, 2015 (ECF No. 50).

As such, the case is hereby ordered to be closed. The Clerk of the Court is directed to close the case.

Dated: September 29, 2015.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE